**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**MICHAEL R. WAGGONER**                                                                    **PETITIONER**
Reg #44210-008

VS.                              CASE NO.: 2:15CV00129 BSM/BD

**C.V. RIVERA, Warden,**[1]
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                                      **RESPONDENT**

## ORDER

Petitioner Michael R. Waggoner has filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241.  (Docket entry #1)  Mr. Waggoner has not filed a motion to proceed *in forma pauperis* or paid the $5.00 filing fee to the Court.  If he wishes to pursue this case, Mr. Waggoner must file a request to proceed *in forma pauperis*, along with a certificate that complies with the requirements in 28 U.S.C. § 1915(a)(2), or pay the $5.00 filing fee within thirty (30) days of this order.  Failure to comply with this order will result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure.

The Clerk of Court is directed to send Mr. Waggoner an application to proceed *in forma pauperis*, along with a copy of this order.

---

[1] In his petition, Mr. Waggoner names the United States of America as the respondent.  The proper respondent in a case brought under 28 U.S.C. section 2241 is the person who has custody over the petitioner.  28 U.S.C. § 2241.  The clerk is directed to revise the docket to substitute C.V. Rivera for the United States of America as the Respondent in this case.

DATED this 18th day of August, 2015.

                                                           _____
                                                           UNITED STATES MAGISTRATE JUDGE