**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**MICHAEL R. WAGGONER**                                        **PETITIONER**
**Reg #44210-008**

**v.**                     **CASE NO.: 2:15CV00129 BSM/BD**

**C.V. RIVERA, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                        **RESPONDENT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth

Deere and the petitioner's objections thereto have been reviewed. After carefully considering

these documents and making a *de novo* review of the record, the recommended disposition

is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT petitioner Michael Waggoner's petition for

writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 24th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE